

Writer's Direct Dial: 484-270-1418
E-Mail: dbocian@ktmc.com
*Please reply to the Radnor Office*

November 11, 2015

**VIA ECF**
Michael E. Gans
Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re: *Laurie Simpson v. Bayer Health Care, et al.*, Case No. 15-2220

Dear Mr. Gans,

Pursuant to the Court's notice dated November 4, 2015, Appellee Laurie Simpson hereby notifies the Court of the availability of her counsel for the court sessions during the 2015-2016 term of court:

| Oral Argument Dates | Availability of Counsel for Laurie Simpson |
|---|---|
| January 11-15, 2016 | Not available |
| February 8-9, 2016 | Not available |
| March 14-18, 2016 | Not available |
| December 14-18, 2015; February 10-12, 2016; April 11-15, 2016; May 16-20, 2016; June 13-17, 2016 | Available |

Thank you for your consideration of this matter.

Respectfully submitted,

KESSLER TOPAZ
MELTZER & CHECK LLP
David A. Bocian
280 King of Prussia Road
Radnor, PA 19087
Tel. (484) 270-1418
dbocian@ktmc.com